1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE NITA L. STORMES TO MAGISTRATE JUDGE JILL L. BURKHARDT** | ) ) ) ) ) ) ) ) | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following cases are transferred from the calendar of the Honorable Nita L. Stormes, to the calendar of the Honorable Jill L. Burkhardt, for all further proceedings.  All conference or hearing dates set before Magistrate Judge Stormes, if any, are **VACATED** and will be rescheduled before Magistrate Judge Burkhardt.  Any dates set before any district judge remain unchanged.

1.   9cv1436-WQH, *Murphy v. Target Corporation et al*

2.   12cv998-JAH, *Cota v. City of San Diego et al*

3.   12cv1188-WQH, *Thomas v. Portfolio Recovery Associates, LLC*

4.   12cv1200-W, *Valerio et al v. San Diego, City of et al*

5.   12cv1737-JM, *Franke v. Bridgepoint Education, Inc. et al*, consolidated with 12cv1759-JM, *Sacharczyk v. Bridgepoint Education, Inc. et al* and 12cv1841-JM, *Stein v. Bridgepoint Education, Inc. et al*

1

6. 13cv1391-GPC, *United States of America v. $6,599.00 in U.S. Currency*

7. 13cv1576-LAB, *Thomas v. Bank of America, N.A.*

8. 13cv2285-JM, *Falu-Maysomet v. National Enterprise Systems Inc. et al*

9. 13cv2645-JM, *Cannon v. Clark et al*

10. 13cv2947-JM, *Giovanni v. Clark et al*, consolidated with 13cv2950-JM (KSC)*, Craig-Johnston v. Clark*

11. 13cv196-BEN, *Champion Signs v. Dee Sign Co.*

12. 13cv2952-H, *Langer v. Lron Management, LLC et al*

13. 8cv928-MMA, *Wave Loch, Inc. et al v. American Wave Machines, Inc.*

14. 13cv2371-GPC, *Mad Catz Interactive, Inc. v. Razer USA, Ltd.*

15. 13cv2163-W, *Jideofor v. Colvin*

16. 13cv2785-JAH, *Miller v. Gore et al*

17. 10cv2429-LAB, *Smith v. Small et al*

18. 13cv3161-LAB, *Lewis v. California*

**IT IS SO ORDERED.**

DATED: March 28, 2014

Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court

2